# Court of Appeals
# of the State of Georgia

ATLANTA,  December 15, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0155. ROBERT JAY DAVIS v. THE STATE.**

A jury found Robert Jay Davis guilty of aggravated stalking, and we affirmed his conviction on appeal. See *Davis v. State*, Case Number A15A0305, decided July 10, 2015. Following remittitur, Davis filed a motion to have his sentence reduced. The trial court denied the motion, and Davis filed this application for discretionary appeal.

A sentencing court may modify a sentence within one year of its imposition or within 120 days after remittitur following a direct appeal, whichever is later.  See OCGA § 17-10-1 (f)*; Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010).  The denial of a timely motion to modify under OCGA § 17-10-1 (f) is subject to direct appeal.  See, e. g., *Anderson v. State*, 290 Ga. App. 890 (660 SE2d 876) (2008); *Maldonado v. State*, 260 Ga. App. 580 (580 SE2d 330) (2003). This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  Davis shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so. See OCGA § 5-6-35 (g).  The clerk of the superior court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/15/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*